McGREGOR W. SCOTT
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-98-0074 FCD |
| )  Plaintiff, ) | GOVERNMENT REQUEST FOR DESTRUCTION ORDER AND |
| v. ) | ORDER |
| ) ANTHONY MAURICE PHILLIPS, and ) DANETTE DARLENE WOODSON, ) | |
| )  Defendants. ) | |
| _____) | |

During the course of the February 17, 1998, arrest of Anthony Maurice Phillips and Danette Darlene Woodson by the Federal Bureau of Investigation (FBI) in a motel in Homewood, Alabama pursuant a federal arrest warrant for mail fraud, a P-380 pistol, serial number AP058627, with magazine and six rounds of ammunition, was found under the hotel room mattress.

After the arrest, Jerome Heinz Coleman, the brother of Danette Darlene Woodson, told FBI agents that the weapon belonged to him and that he had previously provided it to her for her protection.

Both Phillips and Woodson were subsequently convicted. On October 6, 1998, Phillips pleaded guilty to conspiracy to commit bank fraud and was sentenced to 15 months in federal prison. On November

1

1  22, 1998, Woodson pleaded guilty to the same charge and was sentenced
2  to 60 months probation.
3      Following the arrest of Phillips and Woodson, a firearms
4  trace summary was obtained from the Bureau of Alcohol Tobacco and
5  Firearms (BATF) which indicated the weapon was purchased on May 30,
6  1997 by Jerome Heinz Coleman from Golden Rule Pawn and Jewelry in
7  Duluth, Georgia. Following the disposition of the case, the FBI
8  attempted to relocate Jerome Heinz Coleman, but was not successful.
9      According to a recent check of FBI records, Jerome Heinz
10 Coleman was arrested on May 27, 2005 for charges relating to making
11 counterfeit U.S. obligations. He was convicted on June 27, 2005, and
12 sentenced to three years in federal prison where he currently
13 resides.
14     In as much as the ownership of the weapon is associated with
15 convicted felons and that it is illegal for a convicted felon to be
16 in the possession of a firearm, the government requests the court
17 order the destruction of the P-380 pistol, serial number AP058627
18 with magazine.

Dated:   June 28, 2006              Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


                              By:   s/R. Steven Lapham
                                    R. STEVEN LAPHAM
                                    Assistant U.S. Attorney

25 ////
26 ////
27 ////
28 ////

ORDER

Based on the foregoing, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the Federal Bureau of Investigation may destroy or otherwise dispose of the P-380 pistol, serial number AP058627 with magazine which was seized during the above described investigation.

DATED: July 11, 2006

/s/ Frank C. Damrell Jr.
HON. FRANK C. DAMRELL JR.
United States District Judge